UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GREG STANALAJCZO,

    Plaintiff,

v.                                        Case No. 21-cv-12422

CLYDE ESBRI, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order entered this date, judgment is entered for Defendant Clyde Esbri and against Plaintiff Greg Stanalajczo.

Dated at Port Huron, Michigan this 28th day of March, 2023.

                                              KINIKIA ESSIX
                                            CLERK OF THE COURT

BY:    S/Lisa Wagner
          Lisa Wagner, Case Manager and
          Deputy Clerk to
          Judge Robert H. Cleland
          (810) 292-6522